# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

HENRY W. COGSWELL,        )
           )
        Plaintiff,    )
           )
v.           )    Civil No. 04-171-P-S
           )
SOCIAL SECURITY      )
ADMINISTRATION COMMISSIONER,  )
           )
        Defendant.   )

## ORDER ACCEPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed June 24, 2005, (Docket No. 21) the Recommended Decision is accepted.

Accordingly, it is ORDERED that on Plaintiff's Motion for Attorney Fees (Docket No. 18), Plaintiff is awarded a total of $5,733.75, representing payment of $5,280 for 33 hours expended by Jackson and Gates in 2004 (at a rate of $160 per hour) and $453.75 for 2.75 hours expended by Jackson and Gates in 2005 (at a rate of $165 per hour).

                       /s/ George Z. Singal
                      Chief United States District Judge

Dated this 20th day of July, 2005.